

401 N. COLLEGE ST
TRENTON, TN 38382

U.S. DISTRICT COURT
111 SOUTH HIGHLAND
JACKSON, TN. 3830

MAY 10 2024

OUTGOING MAIL
GIBSON COUNTY
CORRECTIONAL COMPLEX
NOT RESPONSIBLE
FOR CONTENTS

RECEIVED
MAY 10 2024
Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Jackson