Case: **1:24–cv–01103**
Assigned To : **Mays, Samuel H., Jr**
Referral Judge: **Pham, Tu M.**
Assign. Date : **5/10/2024**
Description: **Karnes v Thomas, et al**