Case # 24-cv-1103-SHM-tmp

Thomas Brandon Karnes
#10852
Gibson County Correctional Complex
401 N. College St
Trenton, TN 38382

RECEIVED
JUN 03 2024
Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Jackson

To whom it may concern,

I received the order granting leave to proceed IN FORMA PAUPERIS in my case 2-3 weeks ago. I was wondering what the status is on my case and what the next step(s) are in my case because I have no way to access any case tracking tools regarding my case. I am still incarcerated here at Gibson Co. Correctional Complex. Any help or information would and will be greatly appreciated. Thank you for your time

Thomas Brandon Karnes