7-13-24

To whom it may concern,

My name is Thomas Brandon Karnes
I am no longer incarcerated in
Gibson County Correctional Complex and
am providing my new mailing address.

Thomas Brandon Karnes
125 Mt. Olive Rd.
Dyer TN 38330

Case # 24-cv-1103-SHM-tmp

Thanks for your assistance in
Changing my address

Thomas Brandon Karnes